Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly Describe the property to be searched or identify the person by name and address)*<br>A tan 2007 Chevrolet Impala with Temporary Arizona License Plate U430137 and VIN 2G1WT58N879322666, located at the Salt River Police Property and Evidence Bureau, 11470 East Indian School Road, Scottsdale, Arizona 85256. | Case No. 21-3139MB |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of ___Arizona___.
(identify the person or describe the property to be searched and give its location):

**As further described in Attachment A.**

The person or property to be searched, described above, is believed to conceal (identify the person or describe the property to be seized):

**As set forth in Attachment B.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before ___8-17-21___.
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.
☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the United States Magistrate Judge on duty in the District of Arizona.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for 30 days *(not to exceed 30)*
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ___8-3-21 @ 1:12 p.m.___   ___M Morrissey___
*Judge's signature*

City and State: ___Phoenix, Arizona___   ___Honorable Michael T. Morrissey, U.S. Magistrate Judge___
*Printed name and title*

# ATTACHMENT A

DESCRIPTION OF ITEM TO BE SEARCHED

**Vehicle to be searched:** 2007 Tan Chevrolet Impala with temporary Arizona License Plate U430137 and (VIN): 2G1WT58N879322666.

**Location of vehicle:** This item is currently secured and located at the Salt River Police Property & Evidence Bureau, 11470 East Indian School Road, Scottsdale, Arizona 85256.

# ATTACHMENT B

## DESCRIPTION OF ITEMS TO BE SEIZED

Evidence in the form of:

1. Any items of clothing, shoes, coats, or any items consistent with belonging to Ricky Butler;

2. Biological samples, Chemical enhancement for presumptive testing for blood, and latent fingerprint processing;

3. Any or all firearms, to include spent and unspent ammunition;

which may be located inside of a 2007 Tan Chevrolet Impala, with Temporary Arizona License Plate U430137 and VIN: 2G1WT58N879322666.

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

## RETURN

| Case No.: | Date and Time Warrant Executed: | Copy of warrant and inventory left with: |
|---|---|---|
| | | |

Inventory Made in the Presence of:

Inventory of the property taken and name of any person(s) seized:

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
Executing officer's signature

_____
Printed name and title

Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

In the Matter of the Search of
*(Briefly Describe the property to be searched or identify the person by name and address)*

A tan 2007 Chevrolet Impala with Temporary Arizona License Plate U430137 and VIN 2G1WT58N879322666, located at the Salt River Police Property and Evidence Bureau, 11470 East Indian School Road, Scottsdale, Arizona 85256.

Case No. 21-3139MB

## APPLICATION AND AFFIDAVIT FOR A SEARCH WARRANT

I, Detective John Wyant, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property (*identify the person or describe the property to be searched and give its location*):

**As further described in Attachment A.**

Located in the District of __Arizona__, there is now concealed (*identify the person or describe the property to be seized*):

**As set forth in Attachment B.**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☒ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code/Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1153 and 113(a)(6) | CIR-Assault Resulting in Serious Bodily Injury |
| 18 U.S.C. §§ 1153 and 113(a)(3) | CIR-Assault with a Dangerous Weapon |

The application is based on these facts:
**As set forth in Attachment C, incorporated herein by reference.**

☒ Continued on the attached sheet.
☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Reviewed by AUSA Thomas Simon TS
*Sworn Telephonically*

*Applicant's Signature* #152

John Wyant, Detective, Salt River Police Department
*Applicant's printed name and title*

M Morrissey
*Judge's signature*

Date issued: 8-3-21 @ 1:12 p.m.

City and State: Phoenix, Arizona

Honorable Michael T. Morrissey, U.S. Magistrate Judge
*Printed name and title*

## **ATTACHMENT A**

### DESCRIPTION OF ITEM TO BE SEARCHED

**Vehicle to be searched:** 2007 Tan Chevrolet Impala with temporary Arizona License Plate U430137 and (VIN): 2G1WT58N879322666.

**Location of vehicle:** This item is currently secured and located at the Salt River Police Property & Evidence Bureau, 11470 East Indian School Road, Scottsdale, Arizona 85256.

## **ATTACHMENT B**

### DESCRIPTION OF ITEMS TO BE SEIZED

Evidence in the form of:

1. Any items of clothing, shoes, coats, or any items consistent with belonging to Ricky Butler;

2. Biological samples, Chemical enhancement for presumptive testing for blood, and latent fingerprint processing;

3. Any or all firearms, to include spent and unspent ammunition;

which may be located inside of a 2007 Tan Chevrolet Impala, with Temporary Arizona License Plate U430137 and VIN: 2G1WT58N879322666.

## ATTACHMENT C
## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR
## A SEARCH WARRANT

I, John Wyant, a Detective with the Salt River Police Department ("SRPD"), being duly sworn, depose and state as follows:

### INTRODUCTION

The facts of this case, as more fully detailed herein, are that on July 21, 2021, RICKY BUTLER (hereinafter BUTLER), born March 2003, an enrolled member of the Salt River Pima-Maricopa Indian Community, a federally recognized Indian Tribe, shot D.C., multiple times, outside a residence on East Indian School Road, Scottsdale, Arizona (AZ), within the exterior boundaries of the Salt River Pima-Maricopa Indian Community (SRPMIC), in violation of Title 18, United States Code, §§ 1153 and 113(a)(3), Assault with a Dangerous Weapon; and Title 18, United States Code, §§ 1153 and 113(a)(3), Assault Resulting in Serious Bodily Injury. Further investigation resulted in the recovery of a tan, 2007 Chevrolet Impala, VIN: 2G1WT58N879322666, temporary Arizona License Plate U430137 (Impala). The possessor of the Impala was identified as G.A. The Impala was seized by officers of the SRPD and towed to the SRPD Property and Evidence Bureau, 11470 East Indian School Road, Scottsdale, Arizona. I am requesting that the Court issue a search warrant allowing the search for evidence as described in Attachment B, which may be located inside of the Impala, described further in Attachment A.

### PRELIMINARY BACKGROUND INFORMATION

1. Your affiant is currently assigned as a major crime's detective within the Criminal Investigations Division of the Salt River Police Department. Your affiant is SLEC certified through training with the United States Attorney's Office & Bureau of Indian Affairs, Arizona Police Officer Standards and Training Board (AZPOST).

2. I have training and experience in investigations involving homicide, aggravated assaults, kidnapping, sexual assault, and firearms violations.

3. The facts in this affidavit come from my personal observations, my training and

experience, and information obtained from other agents, officers, investigators and witnesses. This affidavit is intended to show merely there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. I have set forth only the facts I believe are necessary to establish probable cause to believe evidence of a violation of Title 18, United States Code, §§ 1153 and 113(a)(3), Assault with a Dangerous Weapon, and Title 18, United States Code, §§ 1153 and 113(a)(6), Assault Resulting in Serious Bodily Injury, is located inside of or within the Impala, more fully described in Attachment A, for items listed in Attachment B.

## DETAILS OF THE INVESTIGATION

4. On July 21st, 2021 at approximately 0032 hours, the SRPD received a 911 call from C.B. who resides at 100XX East Indian School Road Scottsdale, Arizona, within the SRPMIC. C.B. reported that she and her boyfriend, D.A., heard multiple gunshots very close to their residence.

5. Salt River Police units responded to C.B's residence. Officers located D.C. lying by the front door of the next-door residence. D.C. had gunshots wounds to his left shoulder, lower right abdomen, back, and chest.

6. Prior to his transport to the hospital, D.C. identified BUTLER as the person who had shot him.

7. The crime scene consisted of areas along the driveway that contained spent & live 9mm ammunition as well as what appeared to be blood on the pavement. Multiple areas of what appeared to be blood droplets appeared to belong to D.C. The path of the droplets led from the middle of the driveway in a zig zag pattern and ended at the front door where D.C. had collapsed. Multiple shoe prints had been tracked through the droplets.

8. The scene suggested that the first shots were fired at D.C. while he was at the beginning of the driveway. As D.C. then attempted to flee, he was followed by BUTLER, who continued to shoot D.C., leaving spent casings and live rounds on the ground.

9. An interview was conducted with neighbor D.A. D.A. reported he heard the shooting from inside his home. The incident was captured on his home surveillance cameras.

1  D.A. said his surveillance video showed two vehicles driving up to the residence. D.A.
2  described the first arriving vehicle as a lifted gray truck. The truck possibly belonged to a
3  female identified as T.E. D.A. described the second vehicle as a tan sedan. That tan sedan
4  arrived several minutes after the truck. D.A. said within moments of the sedan's arrival,
5  gunshots were heard. The sedan then sped away from the scene. Detectives reviewed the
6  video footage which showed the shape and tan color of the sedan. It also showed an individual
7  walking towards the residence where D.C. was shot. The sedan is similar in shape to a
8  Chevrolet Impala.

9      10. An interview was then completed with D.C. while his gunshot wounds were being
10 treated at the hospital. D.C. reported he arrived at C.B.'s residence with T.E. and A.M. in
11 T.E.'s lifted gray truck. D.C. told detectives he was messaging BUTLER about having his,
12 D.C.'s identification cards returned to him by his former girlfriend, K.M. D.C. had broken up
13 with K.M. because she was "messing around" with BUTLER.

14     11. D.C. said A.M. yelled that BUTLER wanted to fight D.C. Although D.C. did not
15 want to fight BUTLER, D.C. still needed to get his identification cards back. So, D.C. went
16 out to meet with BUTLER. D.C. told detectives that as he walked down the driveway towards
17 BUTLER and asked for his id cards, BUTLER pulled out a handgun and then began to shoot
18 D.C..

19     12. D.C. said he was shocked as the first bullet struck him in the shoulder. He began to
20 run towards the residence in an attempt to flee. D.C. told detectives he had fallen in the
21 driveway as BUTLER followed him and continued shooting. D.C. said he did not know how
22 many times he was shot, but he did recall his cousin A.M. trying to keep him conscious as they
23 waited for help to arrive.

24     13. T.E. was interviewed. She said BUTLER arrived in a tan colored sedan. She told
25 detectives that BUTLER was in the front passenger seat with another male driving and a
26 female in the rear seat. She stated she could see the occupants inside the vehicle due to the
27 windows not being tinted.

28     14. T.E. was also present when BUTLER confronted D.C. and began shooting. She

3

stated BUTLER followed D.C. down the driveway and continued shooting as D.C. tried to flee.

15. A background check of BUTLER would show he was involved in a traffic collision on July 11, 2021. The vehicle he was driving was listed as a 2007 tan Chevrolet Impala. BUTLER would be cited for the incident and a report was generated.

16. Since the aforementioned Impala matched the physical description of the sedan as seen by witnesses during the shooting incident, officers attempted to locate this sedan. The sedan, the 2007 tan Chevrolet Impala, was located at a residence on East Thomas Road, Scottsdale, Arizona. A walk around of the Impala showed the windows were not tinted and objects such as BUTLER's clothing (as described by G.A.) could be clearly seen in the back seat. The Impala was secured and towed to the SRPD Property and Evidence Bureau for impound.

17. While at the East Thomas residence, officers contacted G.A. G.A. stated she owns and drives the Impala on a permanent basis. G.A. stated that she and BUTLER have been dating for couple of months and she has let BUTLER drive the Impala in the past. She told investigators that BUTLER has clothes in her car and that she drives him around because he has no license and because of the accident he had while driving her Impala. During her interview, G.A. provided detectives with multiple versions of where her Impala was located at the time of the D.C. shooting incident. These locations were spread out over a large area of east valley and G.A. could not explain how witnesses observed her Impala at the shooting scene.

18. Based on the above information, there is probable cause that the Impala described by multiple witnesses, as seen on D.A.'s home surveillance camera video, listed on the July 11, 2021 report of the traffic collision as driven by BUTLER, and seized from G.A., are the same vehicle. Further, there is probable cause to believe that the Impala was the vehicle used during the shooting of D.C. Based on your affiant's training and experience, I know the search of Impala may yield items of evidence as reflected in Attachment B to support the aforementioned criminal violations. Therefore, your affiant seeks authority to search the Impala, as further described in Attachment A.

## CONCLUSION

19. Based on the aforementioned factual information, I respectfully submit that there is probable cause to believe that evidence described in Attachment B, is located within the aforementioned Impala, as more fully described in Attachment A, and will support an investigation related to violations of 18 U.S.C. §§ 1153 and 113(a)(3), Assault with a Dangerous Weapon; and 18 U.S.C. §§ 1153 and 113(a)(6), Assault Resulting in Serious Bodily Injury. This affidavit was sworn telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 8/3/2021

Detective John Wyatt #152
Criminal Investigation Division
Salt River Police Department

Subscribed and sworn to before me this 3 day of August, 2021.

Honorable Michael T. Morrissey
United States Magistrate Judge
District of Arizona